JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hanh Thi My Do, ) | SACV 21-01620JVS(DFMx) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | |
| PMA Companies, et al,, ) | |
| Defendants. ) | |

The Court having issued an Order to Show Cause on December 6, 2021 as to why this action should not be dismissed for lack of prosecution, and to date no response having been filed,

IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: 1/24/22

_____
James V. Selna
United States District Judge